# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| Kari Waits,<br><br>      Plaintiff,<br><br>v.<br><br><br>TXU Energy Retail Company, LLC; and<br>TransUnion, LLC,<br><br><br>      Defendants. | Case No.: 6:26-cv-00147-LS<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT TXU ENERGY RETAIL COMPANY, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TXU Retail

Company, LLC may be dismissed with prejudice, with the parties to bear their own fees and

costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:     July 2, 2026

*/s/ Joseph Panvini*
Joseph Panvini, Esq.
McCarthy Law, PLC
9200 E. Pima Center Pkwy. Ste. 300
Scottsdale, AZ 85258
Telephone: (602) 456-8900
Fax: (602) 218-4447
Joe.Panvini@mccarthylawyer.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*