# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **KARI WAITS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | No.  **6:26-CV-00147-LS** |
| | § | |
| **TXU ENERGY RETAIL COMPANY,** | § | |
| **LLC, TRANSUNION, LLC,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Plaintiff's Notice of Dismissal,[1] the Court dismisses this action with prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 7, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 18.